**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Steven M. Bernard and Deborah J. Bernard, on Behalf of Themselves and All Others Similarly Situated, Petitioners,

v.

3 Chisolm Street Homeowners Association, Inc., Respondent.

Appellate Case No. 2022-001202

-----

Appeal from Charleston County
Edward W. Miller, Circuit Court Judge

-----

Memorandum Opinion No. 2024-MO-016
Heard June 18, 2024 – Filed July 3, 2024

-----

**DISMISSED AS IMPROVIDENTLY GRANTED**

-----

O. Grady Query and Michael W. Sautter, both of Query Sautter & Associates, LLC, of Charleston, for Petitioners.

M. Dawes Cooke, Jr., of Barnwell Whaley Patterson & Helms, LLC, of Charleston and Andrew F. Lindemann, of Lindemann Law Firm, P.A., of Columbia, for Respondent.

-----

**PER CURIAM:**  We granted a writ of certiorari to review the court of appeals' decision in *Bernard v. 3 Chisolm Street Homeowners Assoc., Inc.*, 2022-UP-269 (S.C. Ct. App. filed June 22, 2022).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**KITTREDGE, Acting Chief Justice, FEW, JAMES, HILL, JJ., and Acting Justice Letitia H. Verdin, concur.**